FILED

2009 Dec-28  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ERIC ALLEN KELLY,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:08-cv-02420-CLS-JEO** |
| | ) | |
| **WARDEN BILLY MITCHEM,** | ) | |
| *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 2, 2009, recommending that this action be dismissed for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was notified of his right to file objections within fifteen days, he has not responded to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed pursuant to 28

U.S.C. § 1915A(b)(1) for  failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

      DONE this 28th day of December, 2009.

                              _____
                              United States District Judge